# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY HORN,
            Appellant,
       vs.
THE STATE OF NEVADA,
           Respondent.

No. 80403

FILED

MAY 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying postconviction motions to withdraw a guilty plea. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Kimberly A. Wanker, District Judge
Huntley Law
Attorney General/Carson City
Nye County District Attorney
Michael Anthony Horn
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A